UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CTC COMMUNICATIONS GROUP, INC.,<br>CTC COMMUNICATIONS CORP.,<br>CTC COMMUNICATIONS OF VIRGINIA, INC.,<br>and CTC COMMUNICATIONS LEASING CORP.,<br><br>        Debtors. | Chapter 11<br>Case No. 02-12873 (PJW)<br><br>(Jointly Administered) |
| CTC LITIGATION TRUST.,<br><br>        Plaintiff,<br>v.<br><br>FREDERIC F. KUNZI,<br><br>        Defendant. | Civil Action No. 04-CV-10881 (RWZ) |

## PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rule of Civil Procedure, Rule 7026-1 of Federal Rules of Bankruptcy Procedure and Rule 26.2(A) of the Local Rules for the District of Massachusetts, the Plaintiff, the CTC Litigation Trust (the "Trust"), by and through its undersigned counsel, hereby provides the following initial disclosures:

I.   **Individual Likely To Have Discoverable Information**

The following individuals are likely to have discoverable information regarding the facts alleged in the pleadings:

1.  Frederic Kunzi
    c/o Paul Glickman, Esq.
    250 Summer Street
    Boston, MA 02110

Mr. Kunzi has knowledge or information regarding, among other things, the facts and circumstances surrounding the following loans made by CTC Communications Group, Inc. and CTC Communications Corp.[1] (collectively, the "Debtors") to Mr. Kunzi:

a. July 28, 2000: the principal sum of $50,000.00 and payable at an interest rate of 10.75% per annum.

b. October 23, 2000: principal sum of $75,000.00 and payable at the interest rate of 10.75% per annum.

c. October 31, 2000: principal sum of $70,000.00 and payable at an interest rate of 10.75% per annum.

d. November 27, 2000: principal sum of $29,000.00 and payable at an interest rate of 10.75% per annum.

e. December 1, 2000: principal sum of $79,882.00 and payable at an interest rate of 10.75% per annum.

f. July 28, 2000: principal sum of $55,375.00 and payable at an interest rate of 10.75% per annum.

g. October 23, 2001: principal sum of $83,063.00 and payable at an interest rate of 10.75% per annum.

h. October 31, 2001: the principal sum of $77,525.00 and payable at an interest rate of 10.75% per annum.

i. November 27, 2001: the principal sum of $32,118.00 and payable at an interest rate of 10.75% per annum.

j. December 1, 2001: principal sum of $88,469.00 and payable at an interest rate of 10.75% per annum.

The total aggregate amount of these loans, plus interest as of August 31, 2003 (the date complaint was filed), is approximately $397,032.85 (the "Outstanding Loans").

---

[1] By order dated February 5, 2004, the Trust was substituted as the party-plaintiff in this case.

2.   John D. Pittinger
     CTC Communications Group, Inc.
     360 Second Avenue
     Waltham, MA 02451

Mr. Pittinger, the Debtors' Chief Financial Officer, also has knowledge and information regarding, among other things, the facts and circumstances surround the Outstanding Loans.

The Trust expressly reserves the right to disclose further individuals as they are identified and as new information comes to light during the discovery process.

## II. Documents, Data Compilations and Tangible Things Relevant to Disputed Facts

The Trust will make all non-privileged documents available for inspection and photocopying at the offices of Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, MA. The Trust continues to search for relevant documents and other materials that may be relevant to the disputed facts alleged in the pleadings.

By making voluntary disclosures of these documents pursuant to Fed. R. Civ. P. 26(a)(1), the Trust does not waive, and expressly reserves, all objections with respect to these documents and any other discovery materials, including, without limitation, objections regarding attorney-client privilege. Further, the Trust expressly reserves the right to supplement this list as discovery and the litigation proceed.

## III. Damages

The Debtors made a demand for repayment of the outstanding Loans. Despite this demand, however, Mr. Kunzi has failed to make any payments. As a result of Mr. Kunzi's failure and refusal to perform his obligations to repay the amounts due under the Outstanding Loans, he is indebted to the Trust in the amount of $103,347.61, plus interest accrued since August 31, 2003.

The Trust expressly reserves the right to supplement this disclosure.

## IV. Insurance Policies

There is no insurance agreement, of which the Trust is presently aware, under which anyone may be liable to satisfy or indemnify or reimburse all or part of any judgment entered in this action.

Dated: July 8, 2004

Respectfully submitted,

**THE CTC LITIGATION TRUST**

By its attorneys,

/s/ Robert Harris
William R. Baldiga (BBO #542125)
Robert L. Harris (BBO #644829)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

## CERTIFICATE OF SERVICE

I, Robert L. Harris, hereby certify that I have this day served a copy of the within Plaintiff's Rule 26 Initial Disclosures by hand on:

> Paul M. Glickman, Esq.
> Glickman Turley, LLP
> 250 Summer Street
> Boston, MA 02110

Dated: July 8, 2004

_____
Robert L. Harris

#1287002 v\1 - harrisrl - rl22011.doc - 24183/1