UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CTC COMMUNICATIONS GROUP, INC.,<br>CTC COMMUNICATIONS CORP.,<br>CTC COMMUNICATIONS OF VIRGINIA, INC.,<br>and CTC COMMUNICATIONS LEASING CORP.,<br><br>Debtors. | Chapter 11<br>Case No. 02-12873 (PJW)<br><br>(Jointly Administered) |
| CTC LITIGATION TRUST.,<br><br>Plaintiffs,<br>v.<br><br>FREDERIC F. KUNZI,<br><br>Defendant. | Civil Action No. 04-CV-10881 (RWZ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and alternative courses, of the litigation, and have also conferred with respect to resolution of the litigation through the use of alternative dispute resolution programs.

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Robert L. Harris (BBO#644829)

CTC LITIGATION TRUST

By: _____
Eric A. W. Danner
TRG Turnaround and Crisis Management
Trustee of the CTC Litigation Trust

Dated: July 21, 2004

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I, Robert L. Harris, hereby certify that I have this day served a copy of the within Local Rule 16.1(D)(3) Certification by hand on:

> Paul M. Glickman, Esq.
> Glickman Turley, LLP
> 250 Summer Street
> Boston, MA 02110

_____
Robert L. Harris

Dated: July 21, 2004

#1289861 v\1 - harrisrl - m9h01!.doc - 24183/1