

**GLICKMAN TURLEY**    L    L    P

PAUL M. GLICKMAN
pmg@glickmanturley.com

250 Summer Street  Boston, MA 02210
TEL 617.399.7770  FAX 617.399.7775
www.glickmanturley.com

February 8, 2006

Ms. Lisa Urso, Docket Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA 02210

     Re:    CTC Communications Group, Inc. v. Frederic Kunzi and Thomas Fabbricatore
              (Docket Nos. 04-CV-10881 and 10883-RWZ)

Dear Ms. Urso:

    I write to request that the Court schedule a status conference in the above entitled actions. The previous status conference on these cases was held on July 21, 2004. The parties subsequently filed a joint settlement statement on December 14, 2004. Since that time, the parties have engaged in limited discovery to enable productive settlement discussions. Those discussions are ongoing and are approaching a critical juncture.

    We believe a status conference at this point may help to achieve settlement and, if that is not attainable, set dates for completion of discovery, motions and trial.

    Thank you for your consideration.

                                            Sincerely,

                                            Paul M. Glickman

cc: Robert Harris, Esq.
     Clients