UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10881-RWZ

CTC LITIGATION TRUST

v.

FREDERIC F. KUNZI

SCHEDULING ORDER

May 22, 2006

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Robert L. Harris having appeared as counsel for plaintiff CTC Litigation Trust; and Paul Glickman having appeared as counsel for defendant Frederic F. Kunzi, the following action was taken:

1. All discovery shall be completed by June 30, 2006.

2. Any dispositive motions shall be filed by July 31, 2006. The opposition is due on August 31, 2006, and any reply of no more than five pages shall be filed by September 8, 2006.

3. The court will decide the matter on the papers.


  5/22/06                                /s/ Rya W. Zobel
    DATE                                    RYA W. ZOBEL
                                           UNITED STATES DISTRICT JUDGE