UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., | ) | |
| CTC COMMUNICATIONS CORP., | ) | |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | ) | (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING | ) | |
| CORP., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| CTC LITIGATION TRUST., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-CV-10881 (RWZ) |
| FREDERICK F. KUNZI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO EXTEND FILING DEADLINES FOR SUMMARY JUDGMENT PLEADINGS**

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Frederic Kunzi ("Kunzi"), hereby jointly move for a 60 day extension of the deadlines for filing summary judgment pleadings as follows: Motions for summary judgment from July 31, 2006 to September 30, 2006; Responses to motions for summary judgment from September 30, 2006 to October 31, 2006; and, Reply memorandum from September 8, 2006 to November 8, 2006. The ground for the motion is that the parties are engaged in settlement negotiations and have agreed on a settlement in principal. In addition, defendant's counsel will be on vacation from August 7, 2006 through August 28, 2006.

The 60 day extension of time in which to file summary judgment motion pleadings will help to facilitate a successful conclusion to the case.

Wherefore, the Parties request that the that the Court grant this Motion requesting a 60 day extension of the time in which to file summary judgment pleadings.

| **FREDERICK KUNZI** | **THE CTC LITIGATION TRUST** |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Paul M. Glickman | /s/ Robert L. Harris |
| Paul M. Glickman (BB0 #550840) | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA 02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
| | (617) 856-8200 |

DATED: July 24, 2006