UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., | |
| CTC COMMUNICATIONS CORP., | |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING | |
| CORP. | |
| | |
| Debtors. | |
| | AP No. 03-01494 |
| | |
| CTC LITIGATION TRUST., | |
| | |
| Plaintiffs, | |
| | |
| v. | Civil Action No. |
| | No. 04-CV-10881 (RWZ) |
| FREDERIC F. KUNZI, | |
| | |
| Defendant. | |

## MOTION OF PLAINTIFF CTC LITIGATION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, the CTC Litigation Trust ("the Trust"), by and through its undersigned counsel, hereby moves this Court to enter summary judgment in its favor and against Defendant Frederic Kunzi in connection with above-captioned civil action.

In support of this motion, the Trust relies on its Memorandum of Law in Support of Motion of Plaintiff CTC Litigation Trust for Summary Judgment, Affidavit of John Pittenger and the Affidavit of Robert L. Harris, together with attached exhibits (collectively, "Supporting Papers"), all filed herewith. As made clear in the Supporting

Papers, the Defendant have no valid defenses to the Trust's claims, there are no genuine issues of material fact in dispute and the Trust is entitled to judgment as a matter of law.

WHEREFORE, the Trust respectfully requests that that this Court: (1) enter summary judgment against the Defendants; and (2) grant such other and further relief as it deems just under the circumstances.

Respectfully submitted,

**THE CTC LITIGATION TRUST**

By its attorneys,

/s/ Robert L. Harris
William R. Baldiga (BBO #542125)
Robert L. Harris (BBO #644829)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8200

Dated:  October 30, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper, the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

/s/ Robert L. Harris
Robert L.  Harris

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    Paul M. Glickman, Esquire
    Glickman & Turley
    250 Summer Street
    Boston, MA  02210

        /s/ Robert L. Harris
        Robert L. Harris

# 1461736 v1 - HARRISRL - 024183/0001