UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., ) | |
| CTC COMMUNICATIONS CORP., ) | |
| CTC COMMUNICATIONS OF VIRGINIA, INC., ) | (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING ) | |
| CORP. ) | |
| ) | |
| Debtors. ) | |
| ) | AP No. 03-01494 |
| ) | |
| CTC LITIGATION TRUST., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | No. 04-CV-10881 (RWZ) |
| FREDERIC F. KUNZI, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF ROBERT L. HARRIS IN SUPPORT OF PLAINTIFF CTC LITIGATION TRUST'S MOTION FOR SUMMARY JUDGMENT

I, Robert L. Harris, being duly sworn, do hereby depose and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts. I am an associate at the law firm of Brown Rudnick Berlack Israels LLP. I represent the CTC Litigation Trust, the Plaintiff in the above-captioned civil action.

2. Attached hereto as <u>Exhibits</u> <u>A-D</u> are true and accurate copies of documents and pleadings filed in this action.

3. Attached hereto as <u>Exhibit</u> <u>A</u> is a true and accurate copy of excerpts from the transcript of the deposition of Frederic F. Kunzi, held on October 17, 2005.

4. Attached hereto as <u>Exhibit</u> <u>B</u> is a true and accurate copy of excerpts from the transcript of the deposition of Leonard R. Glass, held on August 1, 2005.

5. Attached hereto as <u>Exhibit</u> <u>C</u> is a true and accurate copy of excerpts from the transcript of the deposition of John Pittenger, held on April 4, 2006.

6. Attached hereto as <u>Exhibit</u> <u>D</u> is a true and accurate copies of ten (10) promissory notes executed by Defendant Frederic Kunzi.

Signed under the pains and penalties of perjury this 30th day of October, 2006.

/s/ Robert L. Harris_____
Robert L. Harris

# 1461739 v1 - HARRISRL - 024183/0001