UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CTC COMMUNICATIONS GROUP, INC.,<br>CTC COMMUNICATIONS CORP.,<br>CTC COMMUNICATIONS OF VIRGINIA, INC.,<br>and CTC COMMUNICATIONS LEASING CORP.,<br><br>    Debtors. | Chapter 11<br>Case No. 02-12873 (PJW)<br><br>(Jointly Administered) |
| CTC LITIGATION TRUST.,<br><br>    Plaintiffs,<br>v.<br><br>FREDERICK F. KUNZI,<br><br>    Defendant. | Civil Action No. 04-CV-10881 (RWZ) |

**ASSENTED TOMOTION FOR TWO WEEK EXTENSION TO FILE RESPONSE TOPLAINTIFF'S SUMMARYJUDGMENT MOTION**

Defendant, Frederic Kunzi ("Kunzi"), respectfully moves for a 14 day extension of the date for filing his response to plaintiff's summary judgment motion from December 1, 2006 to December 15, 2006. The ground for the motion is that the parties are close to a final settlement agreement and should be able to conclude the negotiations shortly. The additional time will permit defendant's counsel to concentrate on the settlement discussions and avoid adding additional legal expenses which could be applied to settlement.

Wherefore, Defendant respectfully requests that the that the Court grant this Motion for a 14 day extension of the time in which to file responsive pleadings to

plaintiff's summary judgment motion.

| | |
|---|---|
| **FREDERICK KUNZI** | **Assented to:** |
| | **THE CTC LITIGATION TRUST** |
| By his attorney, | By its attorneys, |
| /s/ Paul M. Glickman | /s/ Robert L. Harris |
| Paul M. Glickman (BB0 #550840) | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA  02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
| | (617) 856-8200 |

 DATED: November 30, 2006